RECEIVED
3-20-2009
MAR 20 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Louis Fasullo and
Appoint a Public Defender
or Duty Attorney

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Correctional Officer Tate
@ Stateville Correctional Center
and the People of the State
of Illinois.

09CV1751
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Louis Fasullo

B. List all aliases: King Louis

C. Prisoner identification number: R30073 or 816987

D. Place of present confinement: Elgin Mental Health Center

E. Address: 750 S. State Str. Elgin, Ill 60123

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Correctional Officer Tate

Title: Correctional Officer

Place of Employment: Stateville Correctional Center

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 06-404, 06-835, 06-836

B. Approximate date of filing lawsuit: June, October

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Louis Fasullo

D. List all defendants: Carolina Fasullo, Lisa Pickett, Dena Bennett, Michael Gunski, the People of the US, The Central Intelligence Agency, the Federal Communication Commission, Samuel Burns, Rudy Memmen,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern District of Illinois

F. Name of judge to whom case was assigned: G. Patrick Murphy, Michael J. Reagan.

G. Basic claim made: Carolina et al. False imprisonment, life insurance and parentage, defamation, slander, extortion and conspiracy, assault and battery, Act of Omission, the indifference and negligence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Frivolous, 7th Circuit Appeal [can't pay filing fee]

I. Approximate date of disposition: 06-404 9/12-06, 9/0 06-835 and 06-836 04-07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Page 3 Continued

III. List all law suits:

A. Name of Case and Docket Number: 07-100, 07-116, 07-146, 07-430, 08-583, 08-854, 08-857 and 09-088 MD11981, MD12231 and MD12232.

B. Approximate Date of Filing Law suit: 02-02-07, 02-12-07, 02-22-07, 06-14-07, 08-14-08, 12-02-08, 12-04-08, 1-22-09

C. List all Plaintiffs: Louis Fasullo, lobbying for a witness

D. List all Defendants: Carolina Fasullo, Lisa Pickett, Dena Bennett, the People of the US, CIA, FCC, IDOC and Clerk SDIL

E. Court in Which Law suit was Filed: SDIL and sct of Ill

F. Name of Judges: G. Patrick Murphy, Micheal J. Reagan, WDS, J. Phil Gilbert, unknown sct. no money for Docket.

G. Basic Claim Made: Pandatage, Act of Omission, indifference, neglect, slander, harassment, defame, libel, conspiracy, extortion, exploitation, assault and battery and like complaints.

H. Disposition of Lawsuits: Closed, Intervention, 4 Judges in the Sct. of Ill to Rule.

I. Approximate Date of Disposition of Law suits: 12-12-06, 03-26-07, 04-20-07, 02-14-07, 03-26-07, 09-06-07, 07-16-07, 09-29-08, sct. of Ill unknown no money for docket.

☐ ~~Personal Property~~  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ ~~Dietary~~  ☐ Medical Treatment  ☐ ~~HIPAA~~
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
　　　　　　　　　　　Date of Report　　　　　　　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Relief Requested:** _____
_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____　　_____　___/___/___
Offender's Signature　　　　　　　　　　ID#　　　　　　　Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

_____　　_____　___/___/___
Print Counselor's Name　　　　　　Counselor's Signature　　　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Offender should submit this grievance

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Petitioner Louis Fasullo asked a C/o Tate on 11-05-08, "Who won the election," and C/o Tate said, "the black man"?

Then later that night C/o Tate came to cell in RN 204 with another white C/o [unknown] and said, "all this mail does not have stamps and aint going out." The Petitioner Louis Fasullo said, "when I was in RB and in RU all's I use to do with my legal mail is sent it to the mailroom, and because I'm indigent the mailroom stamps the legal mail and mails the letters." The White C/o said, "just take the mail to the mailroom and if he's not indigent then they'll mail the letters to him."

But with all that talk too C/o Tate then said, "this white guy said that he'd never want to see a blackman in the white house." The White C/o didn't say anything and continued with his job.

The Petitioner Louis Fasullo really believes that he's been insulted and if the Petitioner Louis Fasullo can sue for money, then he should be Ordered to do so.

The Honourable can't be bias, like Daniel Rozack

-See Continued-

4

- Continued -

a Judge from Will County Illinois and Dan Cowart [that wanted to kill the President Elect], should the Judge Daniel Rozack side with Dan Cowart because of the same first name?

No! And if the Petitioner can sue, order the relief sought.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Petitioner Louis Fasullo prays for a blessing and mercy that the Honourable Order a Public Defender and if damages can be collected then the Honourable should Order what to do.
Make and mail an Order to all parties. Amen.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __03__, 20__09__

__Louis Fasullo__
(Signature of plaintiff or plaintiffs)

__Louis Fasullo__
(Print name)

__R30093 or 816987__
(I.D. Number)

__Elgin Mental Health Center__
__750 S. State Str., Elgin, Ill 60123__
(Address)

6

Revised 9/2007

Case Law:

The Petitioner Louis Fasullo understands that the Courts don't want stupid law suits [and that's the reason for the 1915(g) rule] and chose to deter lawsuits; but the Petitioner Louis Fasullo really believes that he's been violated and like in Shabazz V. Parsons (1997, CA10 Okla) 127 F 3d 1246, 1997 Colo JCAR 2464, the Petitioner Louis Fasullo should not be prohibited from bring action.

See Rivera V. Allin (1998, CA11 Fla) 144 F 3d 719, 11 FLW Fed C1570, cert dismd (1998) 524 US 978, 141 L Ed 2d 787, 119 S Ct 27, "during their incarceration, it neither creates nor takes away any cause of action from frequent-filer prisoners, it does not preclude frequent-filer prisoner indigents from bring future claims as result of dismissals of factually unrelated prior cases."